353 A.2d 32

**In re Nomination Petition of Keith M. CIANFRANI, as Democratic Candidate for the Office of Member of the Ward Executive Committee for the 55th Ward, 7th Division.**

**Appeal of Mary CUBBAGE.**

Supreme Court of Pennsylvania.

Argued March 11, 1976.

March 12, 1976.

Frank M. Jackson, Edward G. Rendell, Philadelphia, for appellant.

Stephen P. Gallagher, Philadelphia, for appellee.

## ORDER

PER CURIAM.

Order of the court below is reversed.  Opinion will follow.